**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 9, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00421-CV

_____

## JOSE ISMAEL RAMIREZ D/B/A FORTHRIGHT CONSTRUCTION, Appellant

### V.

## JJ & EG, LLC, Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-76911**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 7, 2021. On August 18, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot and Zimmerer.